# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11100

_____

APM TERMINALS MOBILE, LLC,

                                             Plaintiff-Appellee,

*versus*

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO, LOCAL UNION 1410,

                                             Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:23-cv-00332-C

_____

| | | |
|---|---|---|
| 2 | Order of the Court | 24-11100 |

Before JORDAN, and LUCK, Circuit Judges.

BY THE COURT:

    The jurisdictional issue of whether International Longshoremen's Association, AFL-CIO, Local Union 1410, may immediately appeal the March 26, 2024, order denying its motion to dismiss and compel arbitration and APM Terminals Mobile, LLC's motion to dismiss is CARRIED WITH THE CASE. A final determination regarding this jurisdictional issue will be made by the panel to whom this case is submitted after briefing on the merits is completed. In their merits briefs, the parties are not required to discuss the jurisdictional issue in great detail, but they may address it as they deem necessary or appropriate.